IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion DENIED as moot.==

MARK ALLEN, )
  )
    Petitioner, )
  )  No. 3:10-cv-00165
v. )  Judge Trauger
  )
TONY PARKER, Warden, )
  )
    Respondent. )

---

**MOTION TO STRIKE MOTION FOR EXTENSION OF TIME TO FILE ANSWER**
---

    COMES NOW the respondent, by and through undersigned counsel, respectfully requesting this Honorable Court to strike and ignore as moot Doc. Entry No. 26 – Motion for Extension of Time to File Answer. Undersigned counsel filed the Answer in this case at approximately 12:20 a.m. on 22 June 2010 – Doc. Entry No. 27 - although he had attempted to file the Answer before 11:59 p.m. on 21 June 2010, but the computer would not process the Answer and the Addenda in a timely fashion.

    For all the foregoing reasons, undersigned counsel respectfully requests this Honorable Court to strike and ignore as moot Doc. Entry No. 26 – Motion for Extension of Time to File Answer, and to accept the Answer as being timely filed.