# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MARK ALLEN          ]
     Petitioner,     ]
                ]
v.                     ]      No. 3:10-0165
                ]      **Judge Trauger**
TONY PARKER, WARDEN   ]
     Respondent.    ]

## O R D E R

The Court has before it petitioner's Motion (Docket Entry No. 33) for an extension of time in which to file a response to the respondent's Answer (Docket Entry No. 27).

For good cause shown, the petitioner's Motion is hereby GRANTED. The petitioner shall have forty five (45) days from the date of entry of this order on the docket in which to file a response to the respondent's Answer.

It is so ORDERED.

                                Aleta A. Trauger
                                United States District Judge