IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK ALLEN )
) No. 3-10-0165
v. )
)
TONY PARKER, Warden )

## ORDER TO PRODUCE

An evidentiary hearing is scheduled in this case on Tuesday, December 7, 2010, at 10:00 a.m., in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. It is hereby

ORDERED that the State of Tennessee and/or the Tennessee Department of Correction and/or the Warden of the Northwest Correctional Complex, where Mark Allen is believed to be currently incarcerated, produce and deliver **Mark Allen, No. 367668,** to this evidentiary hearing no later than **9:30 a.m., on Tuesday, December 7, 2010,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

This Order to Produce shall be in effect and continue from day to day until the proceedings are concluded.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge