UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK ALLEN ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:10-0165 |
| ] | Judge Trauger |
| TONY PARKER ] | |
|     Respondent. ] | |

### O R D E R

On June 10, 2011, an order (Docket Entry No.76) was entered dismissing the instant § 2254 habeas corpus action.

Since the entry of this order, the petitioner, through counsel, has filed a Notice of Appeal (Docket Entry No.79) and an application for a Certificate of Appealability (Docket Entry No.80).

Having carefully reviewed the record, the Court finds that the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Specifically, the issue of whether the Blakely violation admitted to by the respondent was harmless is a question upon which reasonable jurists could differ.

Accordingly, petitioner's application for a Certificate of Appealability, to the extent that it relies upon the Blakely issue, is hereby GRANTED. The Clerk shall forward a copy of this order to

the Clerk of the Court of Appeals.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge